DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRYCE KENNEDY**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1292

[August 23, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 09-17547CF10A.

Bryce K. Kennedy, Sneads, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***